**FILED**
**CLERK**

10/15/2012 11:17 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
DANIEL MILLER,

                    Plaintiff,                    ORDER

          -against-                    12-CV-4430(JS)(WDW)

COUNTY OF NASSAU, MICHAEL J.
SPOSATO, Sheriff, MICHAEL GOLIO,
Captain, INV. GARCIA, INV. JANE
DOE, INV. MORRIS, INV. HENDERSON,
INV. JOHN DOE, CORPORAL JOHN DOE,
CORPORAL MARCIANO, CORR. OFFICER
HARVEY, CORR. OFFICER MURPHY,
CORR. OFFICER MENDEZ, CORR.
OFFICER JOHN DOE #1, CORR. OFFICER
HUBER, CORR. OFFICER BAUER, CORR.
OFFICER JOHN DOE #2, CORR. OFFICER
JOHN DOE #3, CORR. OFFICER JOHN DOE
#4, CORR. OFFICER DeMANITO, and
CORR. OFFICER BARRETTI,

                    Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:        Daniel Miller, <u>Pro</u> <u>Se</u>
                      12003565
                      Nassau County Correctional Center
                      100 Carman Ave.
                      East Meadow, NY 11554

For Defendants:       No appearances

SEYBERT, District Judge:

          By Order dated September 21, 2012, the undersigned denied

the application of incarcerated <u>pro</u> <u>se</u> plaintiff Daniel Miller

("Plaintiff") to proceed <u>in</u> <u>forma</u> <u>pauperis</u> pursuant to the "three

strikes" provision of 28 U.S.C. § 1915(g).  Plaintiff was directed

to pay the $350.00 filing fee within fourteen (14) days of the date

of the September 21, 2012 Order, and was warned that failure to do

so would lead to the dismissal of the Complaint.  <u>See</u> Order, dated

September 21, 2012, Seybert, D.J.  To date, the Plaintiff has not paid the fee nor has he otherwise communicated with the Court with regard to this case.  Accordingly, the Complaint is now dismissed without prejudice and the Clerk of the Court is directed to close this case.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore <u>in forma</u> <u>pauperis</u> status is denied for the purpose of any appeal.  <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated:  October __15__, 2012
        Central Islip New York